UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KWANGBAE P. KIM, <br> Defendant. | NO. CR17-319RSM <br><br> ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Motion to Revoke Bond and Exhibits 1 to 7;

It is hereby ORDERED that the Motion to Revoke Bond and attached Exhibits 1 to 7 shall remain sealed.

Dated this 13th day of April, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Order to Seal / - 1
*U.S. v. Kwangbae Kim*, CR17-319RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970