Chief Judge Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR17-319RSM |
| v. | ORDER |
| KWANGBAE P. KIM, | |
| Defendant. | |

This matter came before the Court upon Defendant's Motion for Release of Passport to Defendant's Counsel. **IT IS HEREBY ORDERED** that defendant's passport be forwarded to Defendant's counsel to hold for potential use in demonstrating defendant's identity to South Korean authorities in connection with a possible real property transaction.

DATED this 2nd day of April, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

COLVIN + HALLETT, P.S.
719 SECOND AVENUE, SUITE 1450
MILLENNIUM TOWER
SEATTLE, WA 98104
(206) 223-0800   FAX (206) 467-8170

ORDER    - 1